**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

  VS                 CASE NO.  3:99cr10LAC

DINO M. GENTILE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   February 15, 2007
Motion/Pleadings:  MOTION FOR DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION
Filed by DEFENDANT PRO SE   on  2/12/2007   Doc.# 101
RESPONSES:
BY GOVERNMENT   on  2/8/2007   Doc.# 100
          on   Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

          WILLIAM M. McCOOL, CLERK OF COURT

          *s/Mary Maloy*
LC (1 OR 2)       Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of February, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b) The proper avenue for relief is the filing of a second or successive motion to vacate under section 2255, which requires pre-authorization from the Eleventh Circuit.  See Gonzalez v. Secretary for Dept. of Corrections, 366 F.3d 1253, 1277 (11th Cir. 2004).*

*(c) The Government's motion to dismiss Defendant's motion (doc. 100) is **DENIED** as moot in light of the instant Order.*

          s/*L.A. Collier*
Entered On Docket: _____  By: __ ***LACEY A. COLLIER***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP *Senior United States District Judge*
Copies sent to:_____

Document No.