FLN (Rev. 3/2007) Deficiency Order  Page 1 of 1
*3:99cr10LAC - UNITED STATES OF AMERICA vs. DINO M. GENTILE*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs  Case No.3:99cr10LAC

DINO M. GENTILE

_____

## ORDER

Your document, **OFFICIAL, ACTUAL, CONSTRUCTIVE AND EXPRESS NOTICE OF UNCLEAN HANDS AND FRAUD, TO ANY AND ALL AGENTS, OFFICERS, EMPLOYEES AND ATTORNEYS OF LOCAL, STATE, OR FEDERAL GOVERNMENT** (to the attention of Santa Barbara County Clerk and Recorder) was referred to the undersigned with the following deficiencies:

> Your document is not properly captioned for this court. Every paper you file must have the name of this court, the case style, the case number and the title of your pleading. The body of your pleading should state the nature of your request and what you want the court to do for you.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 8th day of October, 2008.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE