FLN (Rev. 4/2004) Deficiency Order                                                                 Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                         Case No. 3:99cr10/LAC

DINO GENTILE

_____

## ORDER

Your document, **Memorandum in Support of Defendant Dino Gentile's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(I) (Compassionate Release)** received on August 10, 2020, was referred to the undersigned with the following deficiencies:

    Any party represented in a suit by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court; nor shall any party having previously elected to proceed in proper person be permitted to obtain special or intermittent appearances of counsel.

    The document does not have an original signature as required by N.D. Fla. Loc. R. 5.1(E).

For these reasons, IT IS ORDERED that:

    The submitted hard copy of the document shall be returned by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 3rd day of September, 2020.

                                                  *s/L.A. Collier*
                                                  LACEY A. COLLIER
                                                  SENIOR UNITED STATES DISTRICT JUDGE